IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEONARD DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-12-1273-M |
| ) | |
| OKLAHOMA DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On January 11, 2013, United States Magistrate Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that the Court summarily dismiss the claims against the Oklahoma Department of Corrections, the Oklahoma Attorney General's Office, and Govern Mary Fallin in her official capacity. The parties were advised of their rights to object to the Report and Recommendation by January 28, 2013. No objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on January 11, 2013, and

(2) DISMISSES plaintiff's claims against the Oklahoma Department of Corrections, the Oklahoma Attorney General's Office, and Govern Mary Fallin in her official capacity.

**IT IS SO ORDERED this 7th day of March, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE