IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEONARD DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-12-1273-M |
| | ) |
| JUSTIN JONES, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On February 11, 2013, United States Magistrate Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that the Court summarily dismiss the claims against the Oklahoma Department of Corrections, the Oklahoma Attorney General's Office, and Govern Mary Fallin in her official capacity. Plaintiff was advised of his right to object to the Report and Recommendation by February 28, 2013. Plaintiff has not filed an objection.

Having carefully reviewed this matter de novo, the Court:

(1)   ADOPTS the Report and Recommendation issued by the Magistrate Judge on February 11, 2013, and

(2)   REVOKES plaintiff's leave to proceed *in forma pauperis*.

**IT IS SO ORDERED this 7th day of March, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE